## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

**United States of America,**

> **V.**

**Cortney A. WISE, III**                          Case No.    1:26mj9070

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Jason M. Guyton being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.       I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to HSI Cleveland, Ohio.   I have been employed with HSI since March 2009.   As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a), 2252(a) and 2252A(a).   I have received training in child pornography and child exploitation investigations and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.   I teach child exploitation investigations to new agents at the HSI Academy and have presented at multiple national and international conferences related to these investigations.   I have written numerous affidavits in support of search and arrest warrants related to investigations of child pornography, online enticement, and other child exploitation crimes.

**Page 1**

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. This affidavit is being submitted for the limited purpose of establishing probable cause that Cortney A. Wise, III ("WISE"), age 32, currently residing at [redacted] 259 Third Street, Wadsworth, Ohio 44281 violated 18 U.S.C. § 2252(a)(2), Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2251(a), Sexual Exploitation of Children, and 18 U.S.C. § 1470 Transfer of Obscene Material to Minors.

4. The statements contained in this affidavit are based upon my personal knowledge and observations, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all the facts uncovered during the investigation.

### Relevant Statutes

5. Title 18, United States Code, Section 2252(a)(2) prohibits a person from knowingly receiving any visual depiction of a minor engaging in sexually explicit conduct when such visual depiction was either mailed or, using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

6.      18 U.S.C. § 2251(a)(1), which prohibits a person from using, persuading, inducing, enticing, or coercing a minor to engage in sexually explicit conduct for the purposes of producing visual depictions of such conduct and such depictions are produced using materials that had been mailed, shipped or transported in or affecting interstate or foreign commerce (i.e. camera manufactured outside the state) or depiction was transported in or affecting interstate or foreign commerce.

7.      18 U.S.C. § 1470, which prohibits a person from using or attempting to use the mail or any facility or means of interstate commerce, to knowingly transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

## PROBABLE CAUSE

8.      On December 19, 2025, the Royal Canadian Mounted Police (RCMP), D Division (Manitoba), Internet Child Exploitation Unit, received a report of a 10-year-old female victim (DOB: XX/XX/2015) who had been lured into sending videos and photos of herself masturbating over text messages.   The minor victim (hereinafter "MV1") was using her grandmother's cellphone to play video games and subsequently signed up for a Snapchat account by providing a false age.   The Snapchat application was subsequently deleted from the cellphone before MV1 returned the cellphone to her grandmother.

9.      After receiving the cellphone back, MV1's grandmother observed messages between MV1 and an individual saved as "Abby" in the cellphone's contact section.   MV1's grandmother reviewed these messages and observed that MV1 had sent multiple nude images

**Page 3**

and videos of herself masturbating to "Abby". Further, she observed that "Abby" had sent multiple images of an adult male's penis to MV1.

10. RCMP Constable Tanya Lazaruk subsequently conducted a consent search of the cellphone MV1 was using and located messages between MV1 and "Abby". Constable Lazaruk observed that "Abby's" contact information listed **XXX-XXX-7453 [redacted]** as their phone number. Within the messages "Abby" tells MV1 he is 15 years old and is from West Virginia. Further, Constable Lazaruk observed a message from "Abby" that read, "it's Trev from Snapchat". Constable Lazaruk observed messages where "Abby" asked MV1 if her parents checked her cellphone, and MV1 responded by saying she saved him in her phone as "Abby" so they would not find out. MV1 also sent messages to "Abby" telling them that she was 12 years old.

11. Constable Lazaruk observed that throughout the messages "Abby" directed MV1 on how to pose for photos, advising her to suck in and show him her rib cage, to masturbate with her stuffed animals, and to "quick add" other guys from Snapchat so he could watch MV1 flirt with and send them photos. "Abby" also sent MV1 messages telling her she was beautiful, and he loved her. Constable Lazaruk's review of the messages showed MV1 followed "Abby's" demands by posing as he requested and sending multiple sexually explicit images and videos to include one of her masturbating with a stuffed animal. Lastly, Constable Lazaruk observed images of a penis that "Abby" sent to MV1 which she described as being consistent with a significantly older adult rather than a 15-year-old.

12. Subsequently, the RCMP obtained a forensic extraction of the cellphone that MV1 was using to communicate with "Abby". The extraction identified this cellphone as an

Apple iPhone 13 utilizing phone number 204-XXX-XXXX [redacted]. The extraction showed that the communication between MV1 and "Abby" occurred as iMessages between 12-11-2025, 3:07:29 AM (UTC+0), and 12-18-2025, 9:48:46 PM (UTC+0). To date, the RCMP has not been able to identify the Snapchat accounts or Snapchat messages for MV1 or "Abby" on this device.

13.     On January 22, 2026, the RCMP shared the details of their investigation with Homeland Security Investigations (HSI) Ottawa (Ontario, Canada). HSI Ottawa served a Department of Homeland Security Summons (HSI-OT-2026-024625-001) on AT&T Wireless for subscriber and call information related to **XXX-XXX-7453 [redacted]**. AT&T provided the following information in response to this summons (The "Financial Liable Party", the "Billing Party", and the "User Information" are all listed as the same person and with the same address):

| | |
|---|---|
| Name: | Cortney Wise |
| Address: | XXX 3rd St, Wadsworth, OH 44281 [redacted] |
| Account Number: | 367959550 |
| Activation Date: | 11/06/2022 |
| Account Status: | Open |
| MSISDN: | (XXX) XXX-7453 [redacted] |
| IMSI: | 310150600351581 |
| MSISDN Active: | 11/06/2022 – Current |
| MSISDN Status: | Active |
| Payment Type: | Prepaid |

14.     Within the call records provided by AT&T in response to the summons, was an incoming voice-call that was received on 12/11/2025, 04:35:11 (UTC), from 204-XXX-XXXX, the same phone number being utilized by MV1. Lastly, the AT&T records list the device associated with **XXX-XXX-7453** as an Apple iPhone 14 Plus (IMEI: 35354779388984).

**Page 5**

15. On January 24, 2026, HSI Task Force Officer (TFO) David Frattare provided Affiant with several Cyber Tipline Reports involving some permutation of the name "Cortney Wise" and/or the use of a device assigned call number **XXX-XXX-7453**.

16. On January 24, 2026, Affiant conducted a search of the Ohio Law Enforcement Gateway (OHLEG) database for Cortney Wise. The search resulted in a current Ohio driver's license issued to Cortney Arden Wise, Jr. (DOB: XX/XX/1969) at XXX 3RD ST, Wadsworth, OH 44281 [redacted] (the "RESIDENCE"). OHLEG further identified that Cortney Wise, Jr., has active vehicle registrations for a 2017 Jeep (purple in color) with Ohio license plate number XXXXXXX [redacted] and a 2010 Chevrolet (silver in color) with Ohio license plate number XXXXXXX [redacted] listed at the RESIDENCE.

17. On January 24, 2026, at approximately 13:40 hours, Affiant conducted surveillance of the RESIDENCE and observed a purple Jeep Wrangler bearing the Ohio license plate number listed in OHLEG.

18. On January 25, 2026, your Affiant utilized the locate-and-research database "Accurint" and the Ohio Law Enforcement Gateway (OHLEG) database to conduct research on "Cortney Wise" and discovered a second individual, "Cortney Arden Wise (DOB: XX/XX/1994") with a current Ohio driver's license issued on 10/18/2025 to Courtney Arden WISE (DOB: XX/XX/1994) [redacted] at the RESIDENCE. The Accurint database returned a comprehensive report for Cortney Arden WISE, III. and showed he is associated with the RESIDENCE.

19. On January 30, 2026, Affiant was able to access an electronic file provided by the RCMP. One of the folders labeled "Victim 20251854892" included over 300 image and video

**Page 6**

files of MV1. Affiant observed multiple files depicting MV1's face as well as her body in various stages of undress. Affiant confirmed that many of these files meet the definition of child pornography to include the following:

a) "IMG_7857.MOV" is a 42 second video file that begins with MV1 lying on a bed naked with her legs spread exposing her genitals to the camera. Throughout the video, MV1 uses her left hand to rub a gray and white stuffed animal against her genitals. MV1 periodically moves the camera up and down her body and the video ends with her looking directly into the camera.

b) "IMG_7851_2.MOV" is a 3 second video file that depicts MV1 on her hands and knees naked from the waist down on a bed. The camera is set up behind her and is focused on her buttocks and thighs. In the video, MV1's vagina and anus are clearly visible.

c) "IMG_7859.MOV" is a 44 second video file that begins with MV1 straddling a white blanket/pillow naked on a bed. Throughout the video, MV1 rubs her genitals against the blanket/pillow while repeatedly saying, "It's fucking me" and "It's fucking me daddy", directly into the camera.

d) "78712252422_F8CB4366-8A2C-4CEF-B21C-86105E0D07E6.MOV is a 36 second video file that begins with MV1 leaning back on a bed naked from the waist down with her legs spread. Throughout the video MV1 rubs her genitals and says, "Oh baby", as the camera focuses on this act.

20. Additionally, Affiant reviewed a folder labeled "Suspect – 20251854892" which included thirteen (13) pictures of what appears to be an adult male's erect penis. In some of

these images a distinctly colored black and tan fuzzy blanket is visible, and it appears to be covered in a white liquid that resembles semen. Additionally, some of the images include a distinct purple colored blanket and oscillating black floor fan in the background.

21. On February 5, 2026, Affiant obtained a search warrant (1:26mj9051) from United States District Court Magistrate Judge Jennifer Dowdell Armstrong to ping telephone number **XXX-XXX-7453** [redacted] to determine which Cortney Wise, father or son, was utilizing this telephone number. Affiant began monitoring the ping information provided by AT&T on that date and the data showed the phone was regularly located at a location near Seville, Ohio, and the RESIDENCE. Affiant previously learned that both Cortney Wise, Jr. (DOB: XX/XX/1969) and **Cortney WISE, III** (DOB: XX/XX/1994) worked for Atlantic Tool & Die Company which has a location at 4995 Atlantic Drive, Seville, Ohio.

22. On February 6, 2026, at approximately 15:00 hours, Affiant conducted surveillance at the RESIDENCE and observed the 2017 purple Jeep parked in the driveway. Affiant and members of the Wadsworth PD had previously observed only Wise, Jr (DOB: XX/XX/1969) operating this vehicle on multiple occasions. While at the RESIDENCE, Affiant observed that data provided by AT&T showed that the cellphone associated with **XXX-XXX-7453** [redacted] was near Seville, Ohio, more than seven (7) miles away.

23. Affiant left the RESIDENCE and proceeded to Atlantic Tool & Die in Seville to continue surveillance. At approximately 15:31 hours Affiant observed an individual near the front door wearing a camouflage jacket who matched the physical description and appearance of **WISE, III** (DOB: XX/XX/1994). At approximately 15:37 hours, an unknown individual operating a Ford Transit van (white in color) picked up **WISE, III**. Affiant followed the van

and at approximately 15:56 hours observed the individual who appeared to be **WISE, III** (DOB: XX/XX/1994) get out and enter the RESIDENCE as the van drove away. Affiant observed that the 2017 purple was still at the RESIDENCE. Affiant noted that shortly after, data provided by AT&T showed that the cellphone associated with **XXX-XXX-7453** [redacted] was now located in the vicinity of the RESIDENCE.

24. On February 9, 2026, at approximately 06:16 hours, Affiant conducted similar surveillance at the RESIDENCE and did not observe the 2017purple Jeep anywhere near the residence. Affiant noted that while conducting surveillance, data provided by AT&T showed that the cellphone associated with **XXX-XXX-7453** [redacted] was located in the vicinity of the RESIDENCE. Shortly after beginning surveillance, Affiant observed a white van leaving the RESIDENCE. Affiant proceeded to Atlantic Tool & Die in Seville to continue surveillance and at approximately 06:55 hours Affiant observed a white van idling near the front door and watched an individual wearing a camouflage jacket who matched the physical description and appearance of **WISE, III** (DOB: XX/XX/1994) getting out and walking into the building before the van departed. Affiant noted that shortly after, data provided by AT&T showed that the cellphone associated with **XXX-XXX-7453** [redacted] was now located in the vicinity of Atlantic Tool & Die.

25. On February 12, 2026, search warrants authorized by United States Magistrate Judge Jennifer Dowdell Armstrong (Case Nos. 1:26mj9062 and 1:26mj9063) were executed at the RESIDENCE. The warrants were executed without incident and **WISE III** answered the door when agents knocked and announced their presence. Multiple items including an Apple

iPhone 14 Plus were seized. Law Enforcement placed a call to **XXX-XXX-7453** [redacted] and this Apple iPhone 14 Plus displayed that it had an incoming call.

26. HSI Computer Forensic Agent (CFA) Nathan Waryu subsequently conducted an on scene forensic examination of this cellphone. Affiant reviewed the image and video files contained on this device and observed multiple files of MV1 to include the following:

a) "IMG_1273.MOV" is a 42 second video file that begins with MV1 lying on her back with her legs spread exposing her genitals to the camera. Throughout the video, MV1 uses her hand to rub a gray and white stuffed animal against her genitals. MV1 periodically moves the camera up and down her body and she periodically looks directly into the camera.

b) "IMG_1271.MOV" is a 36 second video file that depicts MV1 lying back in a chair nude with her legs spread exposing her genitals to the camera. During the video MV1 gyrates her hips while rubbing her exposed genitals with her hand. MV1's face is visible and she is looking into the camera throughout.

c) "IMG_1274.MOV" is a 44 second video file that begins with MV1 nude straddling a white pillow/blanket on a bed. Throughout the video MV1 rubs her genitals against the pillow/blanket while looking directly into the camera.

27. Affiant and HSI Task Force Officer Megan Arena conducted a consensual interview with **WISE III**. The interview was video recorded and occurred in the Ohio Internet Crimes Against Children (ICAC) Task Force mobile forensic van which was parked on the street in front of the RESIDENCE. During the interview, **WISE III** confirmed that his cellphone number is **XXX-XXX-7453** [redacted] and that his service is provided by Cricket Wireless.

WISE III stated that he has had his Apple iPhone 14 for at least two (2) years and that it is passcode protected. WISE III declined to provide his passcode to the phone and stated that he did not have facial recognition activated.

28.     WISE III was shown an image of MV1 and stated that she looked familiar to him. WISE III stated he met her on Snapchat and eventually began communicating with her using text messages for approximately one to two weeks around Christmas time 2025. WISE III initially claimed that she told him she was eighteen, but he eventually admitted that she may have told him she was twelve or fifteen. WISE III admitted that when he saw pictures of her stomach that he knew she was not eighteen. WISE III further admitted that he used the name "Trev" on Snapchat and purported himself to be fifteen years old on his profile.

29.     WISE III admitted to asking MV1 to send him image and video files of her chest, stomach, and genitals, even after realizing she was not an adult, even though he knew it was wrong and was against the law. WISE III stated that he was mostly interested in stomachs and remembered telling MV1 how to pose and send him files of her stomach. WISE III admitted to receiving videos of MV1 masturbating with a stuffed animal. WISE III claimed he stopped talking to MV1 because she became, "annoying".

## Conclusion

30.     Based on the forgoing, there is probable cause to believe that Cortney A. WISE, III violated Title 18, United States Code, § 2252(a)(2), Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2251(a), Sexual Exploitation of Children, and 18 U.S.C. § 1470, Transfer of Obscene Material to Minors.

Jason M. Guyton
Special Agent
Homeland Security Investigations

Sworn to via telephone after submission by reliable electronic means [Fed. R. Crim. P. 4.1 and 41(d)(3)] on this _____ day of February 2026. at 12:55 p.m.

JENNIFER DOWDELL ARMSTRONG
UNITED STATES MAGISTRATE JUDGE

Page 12